IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-03333-MSK

KENNETH SCOTT TRACY,

       Plaintiff,

v.

GREER LABORATORIES, INC.;
ANTIGEN LABORATORIES, INC.; and
PLANET BIOPHARMACEUTICALS, INC.,

       Defendants.

## ORDER REMANDING CASE

       THIS MATTER comes before the Court *sua sponte*.

       The Plaintiff commenced this action in the Routt County District Court. This action arises out of Plaintiff's claims for breach of contract, negligent misrepresentations, and promissory estoppel. In his Complaint, the Plaintiff did not request any particular monetary relief.

       In the Notice of Removal, the Defendants assert that this Court can exercise jurisdiction based upon diversity pursuant to 28 U.S.C.§ 1332. The Defendants rely primarily upon the Plaintiff's election in the mandatory Colorado Civil Cover Sheet stating: "This party is seeking a monetary judgment for more than $100,000 against another party, including any attorney fees, penalties or punitive damages, but excluding interest and costs[.]"

       In accordance with the analysis set forth in *Baker v. Sears Holding Corp.*, 557 F. Supp. 2d 1208 (D. Colo. 2007), there has been an insufficient showing of the requisite amount in

controversy to establish diversity jurisdiction. Accordingly, the action must be remanded to the State Court. *See* 28 U.S.C. § 1447(c).

**IT IS THEREFORE ORDERED** that this action is **REMANDED** to the Routt County District Court.

DATED this 8th day of January, 2015.

**BY THE COURT:**

Marcia S. Krieger
Chief United States District Judge